# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SELVIN PURNELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 15-4530 |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA By and Through Seth Williams, District Attorney of Philadelphia** | : : : : | |

## ORDER

**AND NOW**, this 18th day of November, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Strawbridge is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.